UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA ) | CRIMINAL NO. 05-10062-WGY |
| ) | |
| v. ) | VIOLATIONS: |
| ) | 18 U.S.C. § 641 -- |
| JAMES STEWART, ) | Theft of Public Money, |
| A/K/A JAMES STEWART, JR., ) | Property or Records |
| A/K/A JAMES L. STEWART, ) | |
| ) | |
| Defendant. ) | |

**INDICTMENT**

COUNT ONE:   (18 U.S.C. § 641 -- Theft of Public Money,
             Property or Records)

The Grand Jury charges that:

Between on or about October of 1995 and continuing to and through August of 2004, at New Bedford, Boston, and elsewhere in the District of Massachusetts,

**JAMES STEWART,
A/K/A JAMES STEWART, JR.,
A/K/A JAMES L. STEWART,**

defendant herein, pursuant to a common scheme or plan, embezzled, stole, purloined and knowingly converted to his own use and/or the use of another, money totaling approximately $30,796, belonging to the United States or a department and agency thereof, to wit: United States Social Security Administration Title II ("SSDI") disability benefits to which the defendant was not entitled.

All in violation of Title 18, United States Code, Section 641.

A TRUE BILL

_____
FOREPERSON OF THE GRAND JURY


_____
Assistant United States Attorney


DISTRICT OF MASSACHUSETTS                March 16, 2005

Returned into the District Court by the Grand Jurors and filed.

_____
Deputy Clerk

3/16/05 @ 1:50

JS 45 (5/97) - (Revised USAO MA 1/15/04)

| Criminal Case Cover Sheet | U.S. District Court - District of Massachusetts |

**Place of Offense:** _____   **Category No.** II   **Investigating Agency** SSA/OIG

**City** New Bedford   **Related Case Information:**

**County** Bristol

Superseding Ind./Inf. _____   **Case No.** 05-cr-10062-WGY
Same Defendant _____ New
Magistrate Judge Case Number _____
Search Warrant Case Number _____
R 20/R 40 from District _____

**Defendant Information:**

Defendant    JAMES STEWART    Juvenile  ☐ Yes  ☒ No

Alias Name   JAMES STEWART, JR., JAMES L. STEWART

Address   27 Malden Street, New Bedford, MA 02746

Birth date (Year only): 1947   SSN (last 4   4052   Sex M   Race:   B   Nationality: U.S.A.

**Defense Counsel if known:** _____   **Address:** _____

Bar Number: _____

**U.S. Attorney Information:**

AUSA   Antoinette E.M. Leoney   **Bar Number if applicable** 545567

Interpreter:   ☐ Yes  ☒ No    List language and/or dialect:   N/A

Matter to be SEALED:   ☐ Yes  ☒ No

☒ Warrant Requested       ☐ Regular Process       ☐ In Custody

**Location Status:**

Arrest Date: _____

☐ Already in Federal Custody as of _____ in _____
☐ Already in State Custody at _____   ☐ Serving Sentence   ☐ Awaiting Trial
☐ On Pretrial Release:   Ordered by _____ on _____

**Charging Document:**   ☐ Complaint   ☐ Information   ☒ Indictment

**Total # of Counts:**   ☐ Petty   ☐ Misdemeanor   ☒ Felony   1

Continue on Page 2 for Entry of U.S.C. Citations

☒   I hereby certify that the case numbers of any prior proceedings before a Magistrate Judge are accurately set forth above.

Date:  March 16, 2005       **Signature of AUSA:** /s/ Antoinette E.M. Leoney

✎JS 45  (5/97) - (Revised USAO MA 3/25/02)  Page 2 of 2 or Reverse

District Court Case Number  (To be filled in by deputy clerk): _____

Name of Defendant    JAMES STEWART, A/K/A JAMES STEWART, JR., A/K/A JAMES L. STEWART

U.S.C. Citations

| Index Key/Code | Description of Offense Charged | Count Numbers |
|---|---|---|
| Set 1  18 U.S.C. §641 | Theft of Public Money, Property or Records | 1 |
| Set 2 | | |
| Set 3 | | |
| Set 4 | | |
| Set 5 | | |
| Set 6 | | |
| Set 7 | | |
| Set 8 | | |
| Set 9 | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| Set | | |
| ADDITIONAL | | |