AO 442 (Rev. 5/93) Warrant for Arrest

# United States District Court

DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.

JAMES STEWART, A/K/A JAMES STEWART, JR.,
A/K/A JAMES L. STEWART (DOB: 3/27/47)

**WARRANT FOR ARREST**

CASE NUMBER: 05-CR-10062-WGY

To: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest  JAMES STEWART, AKA JAMES STEWART, JR., AKA JAMES L. STEWART
Name

and bring him or her forthwith to the nearest magistrate judge to answer a(n)

[X] Indictment  [ ] Information  [ ] Complaint  [ ] Order of court  [ ] Violation Notice  [ ] Probation Violation Petition

charging him or her with (brief description of offense)
THEFT OF PUBLIC MONEY, PROPERTY OR RECORDS,

in violation of
Title  18  United States Code, Section(s)  641

Theresa Cateno
Name of Issuing Officer

Deputy Clerk
Title of Issuing Officer

Theresa Cateno
Signature of Issuing Officer

3-16-05, Boston MA
Date and Location

RECEIVED
2005 MAR 16 PM 5: [?]
U.S. MARSHAL SERVICE
BOSTON, MA

Bail fixed at $ _____ by _____
Name of Judicial Officer

---

**RETURN**

This warrant was received and executed with the arrest of the above-named defendant at

EXECUTED BY SSA
ST/ARRAIGNMENT OF THE
DEFENDANT ON 3/16/05

| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
|---|---|---|
| DATE OF ARREST | | |

This form was electronically produced by Elite Federal Forms, Inc.