UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

UNITED STATES OF AMERICA

V.                                                                                       CRIMINAL
                                                                                         NO. 05-10062 -WGY

JAMES STEWART

### INITIAL SCHEDULING ORDER

YOUNG, C.J.

The above named defendant(s) having been arraigned on **3/17/05** before **ALEXANDER, USMJ**, and having elected to proceed under the automatic discovery rules, IT IS HEREBY ORDERED in accordance with Local Rules (LR) 116.1 through 116.5 that:

A. The government shall provide automatic discovery by **4/14/05** See L.R116.1(C).

B. The defendant shall provide automatic discovery by **4/14/05**. See LR 116.1(D).

C. Any discovery request letters shall be sent and filed by **4/28/05**. See LR 116.3 (A) and (H).

D. Any responses to discovery request letters shall be sent and filed by **5/13/05**. See LR 116.3(A).

E. An initial status conference in accordance with LR 116.5 will be held on **5/4/05** at **2:30** p.m. in Courtroom No. **18** on the **5** floor.

By the Court,

3/30/05                                                                                  /s/ Elizabeth Smith
Date                                                                                     Deputy Clerk

(Crinsch1.wp - 11/24/98)