UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES ) | |
| ) | |
| v. ) | |
| ) | Criminal No.: 005-10062-WGY |
| JAMES STEWART, ) | |
| ) | |
| Defendant. ) | |

**DEFENDANT'S MOTION TO MODIFY CONDITIONS OF PROBATION TO PRECLUDE PROBATION DEPARTMENT FROM OBTAINING DNA SAMPLE**

NOW COMES the Defendant, James Stewart, through counsel, and respectfully moves this Honorable Court pursuant to *United States v. Weikert*, 421 F.2d 259 (D. Mass, 2006) to preclude the Probation Department from obtaining a DNA examination. This Court has already scheduled a hearing on the Probation Department's motion to modify Mr. Stewart's probation to include polygraph testing for June 21, 2006. The Defendant respectfully requests that the Court schedule a hearing on the instant motion for the same date and time.

Respectfully submitted,

Peter Charles Horstmann, Esquire
BBO #556377
PARTRIDGE, ANKNER & HORSTMANN, LLP
200 Berkeley Street, 16th Floor
Boston, Massachusetts 02116
(617) 859-9999

CERTIFICATE OF SERVICE

I, Peter Charles Horstmann, Esquire, hereby certify that on this 9th day of June, 2006, a copy of the foregoing motion was served electronically upon Antoinette Leoney, Assistant United States Attorney, United States Attorneys Office, One Courthouse Way, Suite 9200, Boston, MA 02210 and upon Frederick A. Lawton, United State Probation Officer, 116 Long Pond Road, Unit 5, P.O. Box 930, Plymouth, MA 02362-0002.

Peter Charles Horstmann, Esquire