UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| **UNITED STATES OF AMERICA** )<br>)<br>v.   )<br>)<br>**JAMES STEWART,** )<br>    a/k/a **JAMES STEWART, Jr.** )<br>    a/k/a **JAMES L. STEWART,** )<br>        **Defendant** ) | Criminal No. 05-10062-WGY |

## NOTICE OF APPEAL

Notice is hereby given that the United States of America (the prosecution in the above-captioned case) hereby appeals to the United States Court of Appeals for the First Circuit from the district court's (Young, J) January 8, 2007 Memorandum and Order, which allowed the defendant James Stewart's motion to modify the conditions of his probation and found the DNA Analysis Backlog Elimination Act unconstitutional as to the defendant (docket entry 18; entered on the docket on January 8, 2007).

Respectfully submitted,

MICHAEL J. SULLIVAN
United States Attorney

By:   /s/ *Antoinette E.M. Leoney*
ANTOINETTE E.M. LEONEY
Assistant U.S. Attorney

Certificate of Service

I hereby certify that on January 26, 2007, this Notice of Appeal filed through the ECF system will be sent electronically to the registered participants as identified on the Notice of Electronic Filing (NEF) and paper copies will be sent to those indicated as non-registered participants.

/s/ *Antoinette E.M. Leoney*
ANTOINETTE E.M. LEONEY
Assistant U.S. Attorney