UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

USDC Docket Number : 05-cr-10062

United States of America

v.

James Stewart

### CLERK'S CERTIFICATE

I, Sarah A. Thornton, Clerk of the United States District Court for the District of Massachusetts, do hereby certify that the annexed documents numbered:

1-21

and contained in I Volume(s) are the original or electronically filed pleadings and constitute the record on appeal in the above entitled case for the Notice of Appeal filed on 1/26/2007.

In testimony whereof, I hereunto set my hand and affix the seal of this Court on February 7, 2007.

Sarah A. Thornton, Clerk of Court

By: _____
Deputy Clerk

Receipt of the documents in the above entitled
case is hereby acknowledged this date: 2/7/07

_____
Deputy Clerk, US Court of Appeals

Please complete the following information:

COURT OF APPEALS DOCKET NUMBER ASSIGNED: _____

- 3/06

APPEAL

# United States District Court
## District of Massachusetts (Boston)
### CRIMINAL DOCKET FOR CASE #: 1:05-cr-10062-WGY-ALL

Case title: USA v. Stewart                Date Filed: 03/16/2005

Assigned to: Judge William G. Young

**Defendant**

**James Stewart** (1)             represented by  **Peter C. Horstmann**
*TERMINATED: 01/06/2006*                         Law Offices of Partridge, Ankner &
                                                 Horstmann, LLP
                                                 200 Berkeley Street, 16th Floor
                                                 Boston, MA 02116
                                                 617-859-9999
                                                 Fax: 617-859-9998
                                                 Email: pete@horstmannlaw.com
                                                 *LEAD ATTORNEY*
                                                 *ATTORNEY TO BE NOTICED*
                                                 *Designation: CJA Appointment*

**Pending Counts**                               **Disposition**

                                                 The defendant is to serve 3 years
                                                 Probation. The first 4 months are to be
18:641 Theft of PUBLIC MONEY,                    served in home confinement without
PROPERTY OR RECORDS                              electronic monitoring. There are Special
(1)                                              Conditions of Probation. Restitution in
                                                 the amount of $30,059 is to be paid. No
                                                 Fine. Special Assessment of $100.

**Highest Offense Level (Opening)**

Felony

**Terminated Counts**                            **Disposition**

None

**Highest Offense Level (Terminated)**

None

**Complaints**                                   **Disposition**

None

**Plaintiff**

USA                                      represented by **Antoinette E.M. Leoney**
United States Attorney's Office
1 Courthouse Way
Suite 9200
Boston, MA 02210
617-748-3100
Fax: 617-748-3951
Email: antoinette.leoney@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*

| Date Filed | # | Docket Text |
|---|---|---|
| 03/16/2005 | 1 | INDICTMENT as to James Stewart (1) count(s) 1. (Gawlik, Cathy) (Entered: 03/17/2005) |
| 03/16/2005 | 2 | Judge William G. Young : ORDER entered. ORDER REFERRING CASE to Magistrate Judge Joyce London Alexander Reason for referral: Arraignment and Bail ONLY as to James Stewart (Gawlik, Cathy) (Entered: 03/17/2005) |
| 03/16/2005 | 8 | Arrest Warrant Returned Executed on 3/21/05 as to James Stewart. (Bell, Marie) (Entered: 03/22/2005) |
| 03/17/2005 |  | Arrest of James Stewart (Brown, Rex) (Entered: 03/17/2005) |
| 03/17/2005 |  | Electronic Clerk's Notes for proceedings held before Judge Joyce London Alexander :Initial Appearance as to James Stewart held on 3/17/2005. The defendant appears with CJA counsel and fills out a financial affidavit. The Court will appoint counsel. The Court informs the defendant of his rights and the charges. Arraignment as to James Stewart (1) Count 1 held on 3/17/2005. The Court advises the defendants of the charges and the government states the maximum penalty. The defendant pleads not guilty to the charges. The Court provides automatic disclosure notices to counsel. After the government requested detention pursuant to 18 U.S.C 3142 (f)(1)(D) and (f)(2)(A), the Court contiued the case to late afternoon for a brief recess. Bond Hearing as to James Stewart held on 3/17/2005. The Court ORDERS the defendant RELEASED on $5,000.00 Unsecured Bond with conditions. Whereas all pre-trial matters referred to this Court by the District Judge have been resolved, the case is hereby returned to Chief District Judge Young. (Tape #Digital Recording.) (Brown, Rex) (Entered: 03/17/2005) |
| 03/17/2005 | 4 | Judge Joyce London Alexander : Electronic ORDER entered. CJA 20 as to James Stewart: Appointment of Attorney Peter C. Horstmann for James Stewart. (Brown, Rex) (Entered: 03/17/2005) |
| 03/17/2005 | 5 | NOTICE OF AUTOMATIC DISCLOSURE by James Stewart (Brown, |

| | | |
|---|---|---|
| | | Rex) (Entered: 03/17/2005) |
| 03/17/2005 | 6 | UNSECURED Bond Entered as to James Stewart in amount of $ 5,000.00, (Brown, Rex) (Entered: 03/17/2005) |
| 03/17/2005 | 7 | Judge Joyce London Alexander : ORDER entered. ORDER Setting Conditions of Release as to James Stewart (1) $5,000.00 Unsecured Bond (Brown, Rex) (Entered: 03/17/2005) |
| 03/17/2005 | | Case as to James Stewart no longer referred to Magistrate Judge Joyce London Alexander. (Lovett, Jarrett) (Entered: 01/09/2006) |
| 03/30/2005 | 9 | NOTICE OF HEARING as to James Stewart Scheduling Conference set for 5/4/2005 02:30 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 03/30/2005) |
| 05/04/2005 | | Electronic Clerk's Notes for proceedings held before Judge William G. Young :Scheduling Conference as to James Stewart held on 5/4/2005. Counsel inform the court that this case will resolve short of trial. Court sets a Rule 11 hearing for 7/6/05 at 2PM. If at that time the defendant chooses to go to trial, then a trial date will be set. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 05/04/2005) |
| 05/04/2005 | | Set/Reset Deadlines/Hearings as to James Stewart: Change of Plea Hearing set for 7/6/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 05/04/2005) |
| 06/17/2005 | | NOTICE OF RESCHEDULING as to James Stewart Change of Plea Hearing set for 9/7/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 06/17/2005) |
| 08/30/2005 | | Terminate Deadlines and Hearings as to James Stewart: the notice was sent out incorrectly. The change of plea hearing is NOT RESCHEDULED. It remains to be held on WED. SEPT. 7 AT 2:00 PM. please disregard previous notice. (Smith, Bonnie) (Entered: 08/30/2005) |
| 08/30/2005 | | Notice of correction to docket made by Court staff. Correction: notice of rescheduling was deleted because: the notice was incorrect as to James Stewart. The Change of Plea hearing is scheduled for Wed. Sept 7, 2005 at 2:00 PM. (Smith, Bonnie) (Entered: 08/30/2005) |
| 09/08/2005 | | NOTICE OF RESCHEDULING as to James Stewart Change of Plea Hearing set for MONDAY 9/26/2005 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 09/08/2005) |
| 09/26/2005 | 10 | PLEA AGREEMENT as to James Stewart (Smith, Bonnie) (Entered: 09/27/2005) |
| 09/26/2005 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young :Change of Plea Hearing as to James Stewart held on 9/26/2005.Plea agreement filed. Defendant Sworn. Court conducts plea colloquy with the defendant. After hearing the Court accepts a plea of Guilty. Plea entered by James Stewart (1) Guilty Count 1. Sentencing set for Jan. 5, 2006 at 2PM. Procedural order re: sentencing to issue. Bail |

| | | |
|---|---|---|
| | | conditions revised. The defendant is to call 2 times a week. If he can provide a phone number, it will be reduced to once a week. The defendant is to participate in weekly counseling sessions. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 09/27/2005) |
| 09/28/2005 | 11 | Judge William G. Young : ElectronicORDER entered. PROCEDURAL ORDER re sentencing hearing as to James Stewart Sentencing set for 1/5/2006 02:00 PM in Courtroom 18 before Chief Judge William G. Young. (Smith, Bonnie) (Entered: 09/28/2005) |
| 12/05/2005 | 12 | MOTION for Downward Departure as to James Stewart. (Horstmann, Peter) (Entered: 12/05/2005) |
| 12/08/2005 | 13 | Amended MOTION for Downward Departure as to James Stewart. (Horstmann, Peter) (Entered: 12/08/2005) |
| 01/03/2006 | 14 | SENTENCING MEMORANDUM by James Stewart (Horstmann, Peter) (Entered: 01/03/2006) |
| 01/05/2006 | | ElectronicClerk's Notes for proceedings held before Judge William G. Young :Sentencing held on 1/5/2006 for James Stewart (1), Count(s) 1, The Court hears from the Government, The Defense counsel and the defendant. After hearing the court imposes the following sentence: The defendant is to serve 3 years Probation. The first 4 months are to be served in home confinement without electronic monitoring. There are Special Conditions of Probation imposed. Restitution in the amount of $30,059 is to be paid. No Fine. Special Assessment of $100. The defendant is notified of the right to appeal. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 01/05/2006) |
| 01/05/2006 | | Judge William G. Young : Electronic ORDER entered terminating 12 Motion for Departure as to James Stewart (1); granting 13 Motion for Departure as to James Stewart (1) (Smith, Bonnie) (Entered: 01/05/2006) |
| 01/06/2006 | 15 | Judge William G. Young : ORDER entered. JUDGMENT as to James Stewart (1), Count(s) 1, The defendant is to serve 3 years Probation. The first 4 months are to be served in home confinement without electronic monitoring. There are Special Conditions of Probation. Restitution in the amount of $30,059 is to be paid. No Fine. Special Assessment of $100. (Attachments: # 1 Transcript) (Smith, Bonnie) (Entered: 01/06/2006) |
| 06/07/2006 | | ELECTRONIC NOTICE OF HEARING as to James StewartHearing to Modify Conditions of Release set for WED. 6/21/2006 02:00 PM in Courtroom 18 before Judge William G. Young.Summons issued. cc/cl (Smith, Bonnie) (Entered: 06/07/2006) |
| 06/09/2006 | 16 | MOTION to Show Cause re Revocation/Modification of Probation *to Preclude Probation Department from Obtaining DNA Sample* as to James Stewart. (Horstmann, Peter) (Entered: 06/09/2006) |
| 06/15/2006 | | ELECTRONIC NOTICE OF RESCHEDULING as to James Stewart Final Probation Revocation Hearing reset for 7/12/2006 02:00 PM in Courtroom 18 before Judge William G. Young. (Smith, Bonnie) |

| | | |
|---|---|---|
| | | (Entered: 06/15/2006) |
| 09/05/2006 | ◉ | ElectronicClerk's Notes for proceedings held before Judge William G. Young :Hearing re: Petition to Modify Conditions of Release as to James Stewart held on 9/5/2006 After hearing the Court Allows the Probation Office to submit the defendant to a polygraph test with the proviso that defense counsel be present at the tim eof the test. The Govt is granted a 3 week extension of time to file an opposition to defendant's motion to preclude DNA testing. (Court Reporter Womack.) (Smith, Bonnie) (Entered: 09/05/2006) |
| 09/26/2006 | ◉17 | Opposition by USA as to James Stewart re 16 MOTION to Show Cause re Revocation/Modification of Probation *to Preclude Probation Department from Obtaining DNA Sample* (Leoney, Antoinette) (Entered: 09/26/2006) |
| 01/08/2007 | ◉18 | Judge William G. Young : ORDER entered. MEMORANDUM AND ORDER: "Stewart's Motion to Modify Conditions of Probation Docket No. 16 is ALLOWED, and the DNA Analysis Backlog Elimination Act of 2000 is Held Unconstitutional As Applied to James Stewart." (Paine, Matthew) (Entered: 01/08/2007) |
| 01/18/2007 | ◉19 | TRANSCRIPT of Disposition as to James Stewart held on January 5, 2006 before Judge Young. Court Reporter: Donald E. Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at Womack@megatran.com or the Clerk's Office. (Scalfani, Deborah) (Entered: 01/18/2007) |
| 01/18/2007 | ◉20 | TRANSCRIPT of Hearing as to James Stewart held on September 5, 2006 before Judge Young. Court Reporter: Donald E. Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at Womack@megatran.com or the Clerk's Office. (Scalfani, Deborah) (Entered: 01/18/2007) |
| 01/26/2007 | ◉21 | NOTICE OF APPEAL by USA as to James Stewart re 18 Memorandum Opinion,. NOTICE TO COUNSEL: A Transcript Report/Order Form, which can be downloaded from the First Circuit Court of Appeals web site at http://www.ca1.uscourts.gov/clerks/transcript.htm MUST be completed and submitted to the Court of Appeals. Appeal Record due by 2/15/2007. (Leoney, Antoinette) (Entered: 01/26/2007) |
| 01/29/2007 | ◉22 | TRANSCRIPT of Change of Plea as to James Stewart held on September 26, 2005 before Judge Young. Court Reporter: Donald E. Womack. The original transcripts are maintained in the case file in the Clerk's Office. Copies may be obtained by contacting the court reporter at womack@megatran.com or the Clerk's Office. (Scalfani, Deborah) (Entered: 01/29/2007) |
| 01/29/2007 | ◉23 | Transmitted Supplemental Record on Appeal as to James Stewart re 21 Notice of Appeal, Documents included: 22 (Scalfani, Deborah) (Entered: 01/29/2007) |

Case 1:05-cv-10062-WGY Document 24-2 Filed 02/07/2007 Page 6 of 6