# United States Court of Appeals
## For the First Circuit

No. 07-1245

UNITED STATES OF AMERICA,

Appellant,

v.

JAMES STEWART, a/k/a JAMES STEWART, JR.,
a/k/a JAMES L. STEWART,

Defendant, Appellee.

**JUDGMENT**

Entered: July 7, 2008

    This cause came on to be heard on appeal from the United States District Court for the District of Massachusetts and was argued by counsel.

    Upon consideration whereof, it is now here ordered, adjudged and decreed as follows: The order of the district court is reversed.

By the Court:

/s/ Richard Cushing Donovan, Clerk

cc: Hon. William G. Young, Ms. Sarah Thornton, Ms. Chaitowitz, Ms. Leoney, Mr. Horstmann, Mr. Budreau, Mr. Kromm, & Mr. Hasib.